AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KULEANA, LLC, a Washington limited liability company
and HAROLD E. JOHNSON, a single man,
                     Plaintiffs,

                v.

DIVERSIFIED WOOD RECYCLING, INC., a
Washington Corporation,
                     Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-114-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Granting Defendant's Motion to Dismiss entered on August 10, 2009, Ct. Rec. 40.

August 10, 2009                                          JAMES R. LARSEN
*Date*                                                          *Clerk*
                                                                    s/ Cora Vargas
                                                                    *(By) Deputy Clerk*
                                                                    Cora Vargas